CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------x

Howard Parker, cc# 14007033
Full name of plaintiff/prisoner ID#

Plaintiff,

CV-15-1258

JURY TRIAL DEMAND
YES ✓   NO ____

-against-
Edward Mangano
Nassau County Corr Center
Sheriff Michael Spasato in his Individual capacity
Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

FEUERSTEIN, J

Defendants.
-----------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
MAR 04 2015
LONG ISLAND OFFICE

LOCKE, M. J.

I.   Previous Lawsuits:

   A.   Have you begun other lawsuits in state or federal court
        dealing with the same facts involved in this action or
        otherwise relating to your imprisonment? Yes ( ) No ( )

   B.   If your answer to A is yes, describe each lawsuit in the space below
        (If there is more than one lawsuit, describe the additional lawsuits
        on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

           Plaintiffs: _____
                       _____

           Defendants: _____
                       _____

        2. Court (if federal court, name the district;
           if state court, name the county)
           _____

        3. Docket Number: _____

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: Nassau Count correctional center

   A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (✓) No ( )

   C. If your answer is YES,

   1. What steps did you take? I filed a grievance

   2. What was the result? My Grievance was excepted. It was sent to investigation unit

   D. If your answer is NO, explain why not _____

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

   F. If your answer is YES,

   1. What steps did you take? _____

   2. What was the result? _____

III.   Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff **Howard Parker**

Address **100 Carmen Ave. East Meadow NY. 11554**

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1    **Edward Mangano**
**County Executive Bldg.**
**11550 Franklin Ave**
**Mineola NY 11501**

Defendant No. 2    **Sheriff Michael Sposato**
**Nassau County Corr. Center**
**100 Carmen Ave. East Meadow NY 11554**

Defendant No. 3    **Nassau County Corr Center**
**100 Carmen Ave.**
**East Meadow NY. 11554**

Defendant No. 4    _____

Defendant No. 5    _____

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV.  Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

On January 28th 2015 at 8:30 P.M. I was the victim of a malicious assault in Nassau County Correctional Center. Due to no correctional officer being on their post in the dorm as the jail must provide care, custody, and controll. Directive states a correctional officer must be on post in the dorm at all times when inmates are out of their cell. No officer was in the dorm to protect me.

IV. A   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I was slashed across my face with a razor like object requiring 230 stiches on the left side of my face and a broken nose. Since then i've been in fear of my life as well as my safety. I'm still in tremendous amount of pain physically not to mention emotionally, and mentally.

4

V. Relief:

State what relief you are seeking if you prevail on your complaint.

That the Court grant compensator damages in the amount of 200,000,000 Punitive damages against defendants in their individual capacity as well as declaratory judgement requarding the plaintiff's right

I declare under penalty of perjury that on __2-23-15__, I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this __23rd__ day of __febuary__, 20__15__. I declare under penalty of perjury that the foregoing is true and correct.

CARMINE PULGRANO
Notary Public, State of New York
No. 01PU6094168
Qualified in Nassau County
Commission Expires June 16, 2015

__Howard Parker__
Signature of Plaintiff

__Nassau Canty Correction center__
Name of Prison Facility

__100 Carmen ave__
__EAst meadow NY__
__11554__
Address

__14007033__
Prisoner ID#

NASSAU COUNTY SHERIFF'S DEPARTMENT - DIVISION OF CORRECTION
GRIEVANCE FORM
## Additional Sheet
**DO NOT SEPARATE FORMS**

Grievance #: 059-02-15

Name of Inmate: Panton    CC#: 14007083    Location: _____

CONTINUED: A notification of the alleged incident was also forwarded to the Criminal Investigations Unit. The grievant may send any additional information relative to his complaint directly to Internal Affairs or Criminal Investigations. The grievant may write to Albany.

Signature: [signature] #70    Date: 2/20/15